Others, Respondents.— Motion for reargument denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of Charges Preferred against CHARLES E. L. NORRIS, Police Justice, etc.— As on June 9, 1916, the preferrer of the charges, William E. Dean, withdrew the same, the matter is dismissed, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

KATE REILLY, as Administratrix, etc., Appellant, v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY and JOBSON-GIFFORD COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

KATE REILLY, as Administratrix, etc., Appellant, v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY and JOBSON-GIFFORD COMPANY, Respondents.— Motion for reargument denied, without costs. Present — Jenks, P. J., Carr, Stapleton and Rich, JJ.

CELA SCHLESINGER, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.